## Timmie Russell LOCKLEAR, Plaintiff–Appellant,

v.

## Linwood STANCIL; North Carolina Department of Correction, Defendants–Appellees.

### No. 01–6748.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 20, 2001.

Decided Sept. 26, 2001.

Timmie Russell Locklear, pro se.

Before LUTTIG, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Timmie Russell Locklear, a North Carolina prisoner, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint under 28 U.S.C.A. § 1915A (West Supp.2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Locklear v. Stancil,* No. CA–01–195–5–F (E.D.N.C. Apr. 19, 2001). We further deny Locklear's motion for discovery, his motion to amend, his motion for counsel and his motion for production of documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*